UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBBIE LEE,

       Plaintiff,

v.                                  Case No: 8:19-cv-1102-T-36TGW

FIRST PREMIER BANK,

       Defendant.
_____/

## **ORDER**

This matter comes before the Court upon Defendant First Premier Bank's Motion to Stay Action and Compel Arbitration (Doc. 12), filed on May 30, 2019. Plaintiff filed this action alleging violations of the Florida Consumer Collection Practices Act, Florida Statutes §§ 559.55 – 559.785, and the Telephone Consumer Protection Act, 47 U.S.C. § 227, regarding automated collection calls Defendant made to her cellular telephone. Defendant contends that Plaintiff's claims are subject to mandatory arbitration under the "Cardholder Agreement," and "Initial Disclosures" which pertain to all disputes arising out of or related to a credit card account, including claims sounding in tort, contract, or statutory law. Plaintiff does not oppose the motion. The Court, having considered the motion and being fully advised in the premises, will grant Defendant First Premier Bank's Motion to Stay Action and Compel Arbitration.

Accordingly, it is hereby **ORDERED**

1.      The Motion to Stay Action and Compel Arbitration (Doc. 12) is **GRANTED**.

2.      Plaintiff is compelled to arbitrate her claims against Defendant. Therefore, the parties shall arbitrate this matter in accordance with the Cardholder Agreement.

3.      This action is **STAYED** pending the completion of arbitration.

4.     The parties shall file a notice informing the Court that the arbitration has been concluded, or that their dispute has otherwise been resolved, within **FOURTEEN (14) DAYS** of either of such event and immediately dismiss this case, if appropriate.

5.     The Clerk is directed to terminate all pending motions and deadlines and administratively close this case.

**DONE AND ORDERED** in Tampa, Florida on June 3, 2019.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any